

Christopher H. Lowe

420 Lexington Avenue, Suite 1830
New York, New York 100170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

**Application GRANTED.  The initial pretrial conference scheduled for June 1, 2022, is adjourned to June 22, 2022, at 4:20 P.M.  At that time the parties shall call 888-363-4749 and use access code 558-3333.  The parties shall file the joint letter and proposed civil case management plan and scheduling order required by the Order at Dkt. No. 7 by June 15, 2022, at 12:00 P.M.**

Dated: May 19, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     Fischler v. Welz, LLC.,1:22-cv-02011-LGS

Dear Judge Schofield:

We represent Plaintiff Brian Fischler in this website accessibility case. We submit this letter motion to respectfully request that the June 1, 2022, Initial Pretrial Conference at 4:20 p.m. be adjourned two weeks, to and including June 15, 2022 or some later date convenient for the Court.  This request is necessitated by the fact the I will be on pre-planned, pre-paid vacation in Europe celebrating my daughter's college graduation.

This is the first request to adjourn the Initial Pretrial Conference. Defendant consents to this request.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Christopher H. Lowe
Christopher H. Lowe


Cc:  Defendant's Counsel via ECF