UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BRIAN FISCHLER,                                             :
                                  Plaintiff,                :
                                                            :    22 Civ. 2011 (LGS)
            -against-                                       :
                                                            :              ORDER
WELZ, LLC,                                                  :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on May 20, 2022, Defendant filed a pre-motion letter concerning its anticipated motion to dismiss the Complaint and requested a briefing schedule in which Defendant would file its motion by June 3, 2022;

    WHEREAS, Defendant has not filed a motion to dismiss. It is hereby

    **ORDERED** that if Defendant intends to file a motion to dismiss, it shall do so by **June 8, 2022**. If Defendant no longer intends to file a motion to dismiss, it shall file an Answer by **June 8, 2022**. If Defendant files a motion to dismiss, Plaintiff shall file an opposition by **June 22, 2022**, and Defendant shall file its reply on **July 1, 2022**.

Dated: June 6, 2022
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**