```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
BRIAN FISCHLER,                                              :
                                    Plaintiff,               :
                                                             :   22 Civ. 2011 (LGS)
              -against-                                      :
                                                             :             ORDER
WELZ, LLC,                                                   :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant's deadline to file a motion to dismiss was June 3, 2022 (Dkt. No. 14);

WHEREAS, on June 6, 2022, Defendant had not yet filed a motion to dismiss and was directed to answer or move no later than June 8, 2022 (Dkt. No. 15);

WHEREAS, Defendant has not filed a motion to dismiss or otherwise responded to the Complaint.  It is hereby

**ORDERED** that, if Defendant intends to file an answer or a motion to dismiss, Defendant shall do so by **June 14, 2022**, and Defendant shall also file a letter explaining why Defendant has not complied with the Court's deadlines.  It is further

**ORDERED** that, if Defendant does not file an answer or motion to dismiss by June 14, 2022, Plaintiff shall file an Order to Show Cause for default judgment and all related papers as provided in the Court's Individual Rules by **June 28, 2022**.

Dated: June 13, 2022
       New York, New York

                                    _____
                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**