

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

June 14, 2022

**Plaintiff shall file an opposition to Defendant's motion to dismiss by July 1, 2022. Defendant shall file a reply by July 12, 2022.**

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

So Ordered.

Dated: June 15, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   **Fischler v. Welz, LLC d/b/a Welz**
      *Case No. 22-cv-2011 (LGS) (SN)*

Dear Judge Schofield:

    We represent defendant Welz, LLC in the above-referenced matter, and we submit this letter pursuant to the Court's Order of June 13, 2022. As the Court noted in that Order, defendant neglected to timely file its motion to dismiss, which was originally scheduled for June 3, 2022.

    We apologize to the Court (as well as to plaintiff's counsel) for missing the deadline; we do not have a good excuse for doing so. We simply neglected to properly calendar the briefing schedule — an explanation which we recognize is particularly unsatisfying given that we were the ones that proposed the briefing schedule that was so ordered by the Court. We can say only that we have unexpectedly substantially increased the volume of cases we have been handling in this area in the last few months, and had not adequately adjusted our practices to ensure that all deadlines were recorded. We have now altered our practice management so that this problem will not recur going forward.

    We did not mean to burden the court with chasing us down, and we hope that this case can now be placed back on track. We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc: Christopher H. Lowe, Esq. (via ECF)