UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRIAN FISCHLER,
                        Plaintiff,

            -against-

WELZ, LLC,
                        Defendant.
------------------------------------------------------------X

22 Civ. 2011 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 19, 2022, required the parties to file a proposed case management plan and joint letter by June 15, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for June 22, 2022, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **June 17, 2022, at 12:00 P.M.**

Dated: June 16, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE