

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

June 17, 2022

VIA ECF
The Honorable Lorna G. Schofield, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Fischler v. Welz, LLC., 1:22-cv-02011-LGS

Dear Judge Schofield:

    This Firm represents Plaintiff Brian Fischler. We submit this letter motion to advise the Court that the parties have reached an agreement in principle to amicably resolve this matter, and to respectfully request that the Court enter an order: (i) granting the Parties 30 days to finalize the settlement and file a Stipulation of Dismissal with Prejudice and without Costs, (ii) granting Plaintiff's right to reopen the action within 30 days of that Order if the settlement is not consummated: and (iii) adjourning all existing deadlines and conferences, *sine die,* including Initial Pretrial Conference scheduled on June 22, 2022 at 4:20 p.m.

    Defendant consents to this request.

    We appreciate the Court's consideration of these requests.

    Respectfully submitted,
    LIPSKY LOWE LLP

    s/ Christopher H. Lowe
    Christopher H. Lowe

CC:    Defendant (Via ECF)